## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL HERRING,

    *Plaintiff*,

    v.

PHH MORTGAGE COMPANY,

    *Defendant*.

CIVIL ACTION
NO. 24-6847

## O R D E R

**AND NOW**, this 2nd day of January, 2025, after reviewing the Plaintiff's "Emergency Motion for Temporary Restraining Order to Stay Foreclosure of Home," ECF No. 5, it is hereby **ORDERED** that the motion is **DENIED**.*

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

---

*        The Plaintiff seeks an injunction against a state foreclosure of her home.  Pursuant to the Anti-Injunction Act "[a] court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments."  28 U.S.C. § 2283.  Several district courts in this circuit have held that the Anti-Injunction Act precludes a federal court from enjoining state court eviction or foreclosure proceedings. *See, e.g., Coppedge v. Conway*, No. 14-1477, 2015 WL 168839, at **1-2 (D. Del. Jan. 12, 2015) (concluding that the Anti-Injunction Act prohibited enjoining a sheriff's sale ordered by state court); *Rhett v. Div. of Hous., Dep't of Cmty. Affairs*, No. 14-5055, 2014 WL 7051787, at *3 n.2 (D.N.J. Dec. 12, 2014) ("[T]o the extent Plaintiff requests that this Court dismiss the eviction proceedings or order them transferred to this Court, the Anti-Injunction Act prohibits this Court from taking such action."); *E. Liggon-Redding v. Generations*, No. 14-3191, 2014 WL 2805097, at *2 (D.N.J. June 20, 2014) (holding that under the Anti-Injunction Act, federal courts generally "lack the authority to stay any state court proceedings, including Eviction Actions" (quotations omitted)); *Mason v. Bank of Am.*, N.A., No. 13-3966, 2013 WL 5574439, at *7 (E.D. Pa. Oct. 10, 2013) ("Courts within the Eastern District of Pennsylvania have declined to enjoin state court proceedings involving foreclosures and sheriff's sales pursuant to the Anti-Injunction Act.").  Against that backdrop, the Court concludes that this request is barred by the Anti-Injunction Act and that the Plaintiff has presented no argument suggesting that this case falls under any exception to the Act.