IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL HERRING, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 2:24-cv-06847-JLS |
| PHH MORTGAGE COMPANY, : | |
|     Defendant. : | |

## ORDER

AND NOW, this 7th day of March, 2025, upon consideration of Plaintiff Carol Herring's *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**